THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JEFFREY HOYT, LORLIE TESORIERO, PAMELA ZAGER, MAUREEN URBACH, JAMES URBACH, and CARON WATKINS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware Corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 2:21-cv-00809-RSM<br><br>**STIPULATED MOTION TO SUBSTITUTE DEFENDANT AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND ORDER**<br><br>**NOTE ON MOTION CALENDAR:**<br>June 30, 2021 |

## **STIPULATION**

Plaintiffs JEFFREY HOYT, LORLIE TESORIERO, PAMELA ZAGER, MAUREEN URBACH, JAMES URBACH, and CARON WATKINS (collectively, "Plaintiffs"), and Defendant AMAZON.COM, INC. jointly move the Court as follows:

1. Pursuant to Federal Rule of Civil Procedure 25(c), the parties hereby stipulate that Amazon.com Services, LLC, a Washington limited liability company, be substituted as defendant for A2Z Development Center, Inc., and that the caption of the matter be amended to reflect this change. A2Z Development Center, Inc. is a former Amazon subsidiary that no longer exists.

2. To extend, until August 5, 2021, the date by which Defendants must respond to Plaintiffs' complaint (Dkt. No. 1). In support of this request, the Parties state as follows:

    a. On June 14, 2021, Plaintiffs filed a class action complaint against Defendants. Defendants' response to the complaint is currently due on July 5, 2021.

    b. In order for Defendants to continue to investigate and respond to the allegations in the complaint, the Parties have agreed that Defendants' response deadline may be extended by 30 days.

Dated: July 2, 2021

Respectfully submitted,

FENWICK & WEST LLP

By: *s/ Laurence F. Pulgram*
Laurence F. Pulgram (admitted *pro hac vice*)
Jedediah Wakefield (admitted *pro hac vice*)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com
jwakefield@fenwick.com

Brian D. Buckley, WSBA No. 26423

FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and
A2Z DEVELOPMENT CENTER, INC.

BYRNES KELLER CROMWELL LLP

By: *s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665

BYRNES KELLER CROMWELL LLP
1000 Second Avenue, 38th floor
Seattle, WA 98104
Tel.: 206.622.2000
Fax: 206.622.2522
bkeller@byrneskeller.com

LABATON SUCHAROW LLP
Michael P. Canty (admitted *pro hac vice*)
Carol C. Villegas (admitted *pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
mcanty@labaton.com
cvillegas@labaton.com

THORNTON LAW FIRM LLP
Guillaume Buell (admitted *pro hac vice*)
1 Lincoln Street
Boston, Massachusetts 02111
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
gbuell@tenlaw.com

GOLDMAN SCARLATO & PENNY, P.C.
Mark Goldman (*pro hac vice* forthcoming)
Paul Scarlato (*pro hac vice* forthcoming)
Brian Penny (*pro hac vice* forthcoming)
8 Tower Bridge
161 Washington Street
Conshohocken, Pennsylvania 19428
Telephone: (484) 342-0700
Facsimile: (484) 580-8747
goldman@lawgsp.com
scarlato@lawgsp.com
penny@lawgsp.com

Alan L. Rosca (*pro hac vice* forthcoming)
23250 Chagrin Blvd.
Beachwood, OH 44122
Telephone: (888) 998-0530
Facsimile: (484) 580-8747

*Attorneys for Plaintiffs and the Putative Class*

STIP. MOTION TO SUB. DEF. AND FOR EXT. OF TIME
CASE NO.: 2:21-CV-00809-RSM          - 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Parties' stipulated request for such relief, it is hereby ordered |
| 3 | 1. Amazon.com Services, LLC, a Washington limited liability company shall be substituted as defendant for A2Z Development Center, Inc., and that the caption of the matter be amended to reflect this change; and |
| 6 | 2. the deadline for Defendants to respond to Plaintiffs' complaint is extended from July 5, 2021, to August 5, 2021. |
| 9 | DATED this 2nd day of July, 2021. |

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

FENWICK & WEST LLP

By: *s/ Laurence F. Pulgram*
Laurence F. Pulgram (admitted *pro hac vice*)

555 California Street, 12th Floor
San Francisco, CA 94102
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and
A2Z DEVELOPMENT CENTER, INC.

# CERTIFICATE OF SERVICE

I, Raymond F. Pelayo, hereby certify that on June 30, 2021, I caused the foregoing **STIPULATED MOTION TO SUBSTITTUE DEFENDANT AND FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND [PROPOSED] ORDER** to be served on the following parties as indicated below:

| | |
|---|---|
| Bradley S. Keller, WSBA #10665<br>BYRNES KELLER CROMWELL LLP<br>1000 Second Avenue, 38th floor<br>Seattle, WA 98104<br><br>LABATON SUCHAROW LLP<br>Michael P. Canty<br>Carol C. Villegas<br>140 Broadway<br>New York, New York 10005<br><br>THORNTON LAW FIRM LLP<br>Guillaume Buell<br>1 Lincoln Street<br>Boston, Massachusetts 02111<br><br>GOLDMAN SCARLATO & PENNY, P.C.<br>Mark Goldman<br>Paul Scarlato<br>Brian Penny<br>8 Tower Bridge<br>161 Washington Street<br>Conshohocken, Pennsylvania 19428<br><br>Alan L. Rosca<br>23250 Chagrin Blvd.<br>Beachwood, OH 44122 | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email |

*Attorneys for Plaintiffs and the Putative Class*

Dated: July 2, 2021
By: *s/Raymond F. Pelayo*
For Laurence F. Pulgram (admitted *pro hac vice*)
FENWICK & WEST LLP